LML INTERNATIONAL CORP,
Plaintiff–Appellant,

v.

WAL–MART STORES, INC., Bulldog
Company, Newell Operating Compa-
ny, and Newell Rubbermaid, Inc., De-
fendants–Appellees.

No. 03–1100.

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

In re Denis R. O'BRIEN.

No. 03–1115.

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

Before NEWMAN, GAJARSA, and
DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and con-
sidered, it is

ORDERED and ADJUDGED: *AF-
FIRMED*. *See* Fed. Cir. R. 36

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
SCHALL, Circuit Judge.

JUDGMENT